UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YOUNG YIL JO, 01183-112,

        Plaintiff,

CASE NO. 2:12-cv-14082

v.

HONORABLE STEPHEN J. MURPHY, III

SIX UNKNOWN NAMED AGENTS, et al.,

        Defendants.
_____/

## OPINION AND ORDER OF DISMISSAL

The Court has before it Plaintiff Young Yil Jo's *pro se* civil rights complaint brought pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Plaintiff is a federal prisoner currently confined at the Correctional Institution in Big Spring, Texas. At the time he submitted his complaint, Plaintiff did not pay the required $350.00 filing fee, nor did he submit a proper application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). Consequently, the Court issued a deficiency order requiring Plaintiff to either pay the filing fee or submit a properly completed application to proceed without prepayment of the filing fee within 30 days – by October 30, 2012. The order provided that if Plaintiff did not submit either the full filing fee or the completed application within that time, his case would be dismissed for want of prosecution. Plaintiff has failed to correct the deficiency within the allotted time for doing so.[1]

---

[1] The Court notes that Young Yil Jo is a frequent filer of lawsuits. *See* United States Party/Case Index, http://pacer.uspci.uscourts.gov; *see also Hernandez v. Six Unknown Named Agents, et al.*, No. 1:10-CV-00372-LY (W.D. Tex. June 1, 2010); *In re Jo*, No. 1:10-CV-390 (N.D. Ill. Jan. 20, 2010).

**WHEREFORE**, it is hereby **ORDERED** that this complaint is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: November 7, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 7, 2012, by electronic and/or ordinary mail.

Carol Cohron
Case Manager
